| | |
|---|---|
| 1 | MICHAEL K. BRISBIN (SBN: 169495) |
| | Email: Michael.Brisbin@WilsonElser.com |
| 2 | DENNIS J. RHODES (SBN: 168417) |
| | Email: Dennis.Rhodes@WilsonElser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
| |   **EDELMAN & DICKER LLP** |
| 4 | 525 Market Street – 17th Floor |
| | San Francisco, California 94105-2725 |
| 5 | Telephone: (415) 433-0990 |
| | Facsimile: (415) 434-1370 |
| 6 | |
| 7 | Attorneys for Defendant, |
| | **UNITED STATES LIFE INSURANCE** |
| | **COMPANY IN THE CITY OF NEW YORK** |
| 8 | |
| 9 | MARY N. ABBOTT (SBN: 74846) |
| | Email: mabbott@nielsenhaley.com |
| 10 | **NIELSEN, HALEY & ABBOTT LLP** |
| | 523 West Sixth Street, Suite 635 |
| 11 | Los Angeles, CA 90014 |
| | Telephone: (213) 239-9009 |
| 12 | Facsimile: (213) 239-9007 |
| 13 | Attorney for Plaintiff, |
| | **JAMES C. NIELSEN** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. NIELSEN, | Case No.: CV12-01547-EMC |
| Plaintiff, | **STIPULATION FOR AN ORDER ALTERING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT; AND [P<s>ROPOSE</s>D] ORDER** |
| vs. | |
| UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, a New York corporation, | **[Local Rule 6.2]** |
| Defendant. | Supporting Document: |
| | Declaration of Dennis J. Rhodes |
| | Action Filed: March 28, 2012 |

1

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiff James C. Nielsen and Defendant United States Life Insurance Company in the City of New York, through their attorneys of record, as follows:

1. On May 10, 2012, plaintiff filed a motion for summary judgment. The briefing schedule set by the Court called for defendant U.S. Life to file its opposition on or before May 24, 2012 and for plaintiff to file his reply brief by May 31, 2012.

2. Counsel for U.S. Life informed counsel for plaintiff that due to prepaid vacation plans calling for him to be away at the time the opposition brief is to be filed, additional time would be needed to oppose the motion.

3. The parties have therefore agreed to stipulate to and request an order extending the briefing schedule for one week such that U.S. Life's opposition will be due on or before May 31, 2012. Plaintiff's reply brief will be due June 7, 2012. This alteration does not affect the current hearing date of June 22, ~~2011~~ 2012 and allows the Court to have all the briefing two weeks prior to the hearing.

4. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: May 18, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
MICHAEL K. BRISBIN
DENNIS J. RHODES
Attorneys for Defendant,
**UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK**

Dated: May 18, 2012

NIELSEN, HALEY & ABBOTT LLP

By: /s/ Mary N. Abbott
MARY N. ABBOTT
Attorney for Plaintiff,
**JAMES C. NIELSEN**

2

STIPULATION FOR AN ORDER ALTERING BRIEFING SCHEDULE; AND [PROPOSED] ORDER
880299.1
Case No.: CV12-01547-EMC

1 **ORDER**

2

3 **IT IS SO ORDERED.**

4

5

6 Dated: _____May 21_____, 2012        By: _____
                                                        M. CHEN
7                                                       JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*