Mary N. Abbott (74846)
  *mabbott@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
Los Angeles, California  90014
Telephone:  (213) 239-9009
Facsimile:  (213) 239-9007

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAMES C. NIELSEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, *a New York corporation*,<br><br>Defendant. | No.  CV 12-01547 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>HON.  EDWARD M. CHEN<br>Courtroom:  5<br><br>Action Filed: March 28, 2012 |

Plaintiff James C. Nielsen and Defendant The United States Life Insurance Company in the City of New York, through their attorneys of record, hereby stipulate for and request an order from this Court continuing the Case Management Conference, currently scheduled for December 21, 2012, at 10:30 a.m., for 60-90 days for good cause, as follows:

1          1.      Plaintiff filed this declaratory relief action on March 28, 2012.  On June 22,

2     2012, the Court heard Plaintiff's motion for summary judgment.  At that time, the Court

3     and counsel addressed the fact that the defendant insurer had not yet made a decision on

4     Plaintiff's claim for benefits as the insurer was engaged in an ongoing evaluation.  During

5     the hearing, the Court stated:

6               THE COURT:   It seems to me the case can sit until a decision is made; and if the

7               decision made is to deny and you disagree with that denial on the facts or whatever

8               basis, we can come back here and figure out whether you need to amend the

9               Complaint, or whatever, and we go to trial or do something.

10    (Transcript of Proceedings, June 22, 2012, 14:25-15:5.)

11         2.      The Court then ordered that the matter be held in abeyance for six months,

12    and set a Case Management Conference for December 21, 2012.

13         3.      As of the date of filing this Stipulation, a decision has not yet been made on

14    Plaintiff's claim for benefits.  On November 14, 2012, the insurer advised that a decision

15    on the plaintiff's continued eligibility for benefits had not been made because the insurer

16    was waiting for certain medical records that had been requested from certain providers

17    much earlier and that, the insurer advised, are necessary for its evaluation of the claim.

18    Hence, additional time is needed for U.S. Life to continue evaluation of the claim.  The

19    Parties anticipate at this time that the requested continuance will permit the claims review

20    process to conclude and also permit the Parties to determine what, if any, issues remain

21    for litigation.

22         4.      Therefore, the parties have agreed that, under the circumstances involved in

23    this action, a continuance of the Case Management Conference for a period of

24    approximately 60-90 days would be advisable.  Accordingly, the parties stipulate and

25    request that the Case Management Conference be continued for 60 to 90 days to a date

26    ///

27    ///

28                                              2

1 | convenient for the Court's calendar.

2 | RESPECTFULLY SUBMITTED:

3 | Dated:  December 7, 2012   WILSON, ELSER, MOSKOWITZ,
             EDELMAN & DICKER LLP
4 |

5 |

            By:    /s/ Dennis J. Rhodes
6 |             DENNIS J. RHODES
             Attorneys for Defendant,
7 |             UNITED STATES LIFE INSURANCE
             COMPANY IN THE CITY OF NEW
8 |             YORK

9 |

10 | Dated:  December 7, 2012   NIELSEN, HALEY & ABBOTT LLP

11 |

12 |

13 |            By:    /s/ Mary N. Abbott
14 |             MARY N. ABBOTT
             Attorneys for Plaintiff,
15 |             JAMES C. NIELSEN

16 |

17 |            **ORDER**

18 |

19 |   UPON REVIEW OF THE STIPULATION BETWEEN THE PARTIES, AND

20 | GOOD CAUSE BEING SHOWN, THEREFORE

21 |   IT IS HEREBY ORDERED that the Case Management Conference in this action

22 | be and is hereby continued to 2/28/13

23 | at 10:30 a.m. in this Court. A Joint CMC Statement shall be filed by 2/21/13.

24 |

25 |

26 | Dated: _____12/10_____, 2012 By

27 |                    JUDGE

28 |

STIPULATION TO CONTINUE CASE MANAGEMENT

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA

**CERTIFICATE OF SERVICE**

*James C. Nielsen v. United States Life Insurance Company in the City of New York*
*U.S.D.C., Northern District of California, Case No.: CV12-01547-EDL*

I declare that:

I am employed in the county of Los Angeles, California, over the age of eighteen years, and not a party to the within cause. My business address is 523 West Sixth Street, Suite 635, Los Angeles, California, 90014.

On December 7, 2012, I served the within:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;**
**[PROPOSED] ORDER**

**BY ELECTRONIC SERVICE** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Dennis J. Rhodes, Esq.
Michael K. Brisbin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725

Telephone:  415-433-0990
Facsimile:  415-434-1370
Email:  Dennis.Rhodes@wilsonelser.com
Email:  Michael.Brisbin@wilsonelser.com

*Attorneys for Defendant United States Life*
*Insurance Company in the City of New York*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December ___7___, 2012, at Los Angeles, California.

_____
Dylan Balbi