Mary N. Abbott (74846)
*mabbott@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
Los Angeles, California 90014
Telephone: (213) 239-9009
Facsimile: (213) 239-9007

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAMES C. NIELSEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, *a New York corporation*,<br><br>Defendant. | No. CV 12-01547 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PRO~~POSE~~D] ORDER**<br><br>HON. EDWARD M. CHEN<br>Courtroom: 5<br><br>Action Filed: March 28, 2012 |

Plaintiff James C. Nielsen and Defendant The United States Life Insurance Company in the City of New York, through their attorneys of record, hereby stipulate for and request an order from this Court continuing the Case Management Conference, currently scheduled for December 21, 2012, at 10:30 a.m., for 60-90 days for good cause, as follows:

1. Plaintiff filed this declaratory relief action on March 28, 2012. On June 22, 2012, the Court heard Plaintiff's motion for summary judgment. At that time, the Court and counsel addressed the fact that the defendant insurer had not yet made a decision on Plaintiff's claim for benefits as the insurer was engaged in an ongoing evaluation. During the hearing, the Court stated:

> THE COURT: It seems to me the case can sit until a decision is made; and if the decision made is to deny and you disagree with that denial on the facts or whatever basis, we can come back here and figure out whether you need to amend the Complaint, or whatever, and we go to trial or do something.

(Transcript of Proceedings, June 22, 2012, 14:25-15:5.)

2. The Court then ordered that the matter be held in abeyance for six months, and set a Case Management Conference for December 21, 2012.

3. As of the date of filing this Stipulation, a decision has not yet been made on Plaintiff's claim for benefits. On November 14, 2012, the insurer advised that a decision on the plaintiff's continued eligibility for benefits had not been made because the insurer was waiting for certain medical records that had been requested from certain providers much earlier and that, the insurer advised, are necessary for its evaluation of the claim. Hence, additional time is needed for U.S. Life to continue evaluation of the claim. The Parties anticipate at this time that the requested continuance will permit the claims review process to conclude and also permit the Parties to determine what, if any, issues remain for litigation.

4. Therefore, the parties have agreed that, under the circumstances involved in this action, a continuance of the Case Management Conference for a period of approximately 60-90 days would be advisable. Accordingly, the parties stipulate and request that the Case Management Conference be continued for 60 to 90 days to a date

///

///

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  convenient for the Court's calendar.

2  RESPECTFULLY SUBMITTED:

3  Dated: December 7, 2012                    WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

6                                   By:    /s/ Dennis J. Rhodes
                                           DENNIS J. RHODES
                                           Attorneys for Defendant,
7                                          UNITED STATES LIFE INSURANCE
                                           COMPANY IN THE CITY OF NEW
8                                          YORK

10  Dated: December 7, 2012                   NIELSEN, HALEY & ABBOTT LLP

13                                  By:    /s/ Mary N. Abbott
                                           MARY N. ABBOTT
14                                         Attorneys for Plaintiff,
                                           JAMES C. NIELSEN

17                                      **ORDER**

19      UPON REVIEW OF THE STIPULATION BETWEEN THE PARTIES, AND
20  GOOD CAUSE BEING SHOWN, THEREFORE
21      IT IS HEREBY ORDERED that the Case Management Conference in this action
22  be and is hereby continued to 2/28/13
23  at 10:30 a.m. in this Court.  A Joint CMC Statement shall be filed by 2/21/13.

26  Dated: ___12/10___, 2012      By: _____
                                       IT IS SO ORDERED
                                       AS MODIFIED
                                       Judge Edward M. Chen
                                       UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

*James C. Nielsen v. United States Life Insurance Company in the City of New York*
*U.S.D.C., Northern District of California, Case No.: CV12-01547-EDL*

I declare that:

I am employed in the county of Los Angeles, California, over the age of eighteen years, and not a party to the within cause. My business address is 523 West Sixth Street, Suite 635, Los Angeles, California, 90014.

On December 7, 2012, I served the within:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

**BY ELECTRONIC SERVICE** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Dennis J. Rhodes, Esq.
Michael K. Brisbin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725

Telephone: 415-433-0990
Facsimile:  415-434-1370
Email: Dennis.Rhodes@wilsonelser.com
Email: Michael.Brisbin@wilsonelser.com

*Attorneys for Defendant United States Life*
*Insurance Company in the City of New York*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December  7 , 2012, at Los Angeles, California.

_____
Dylan Balbi