Mary N. Abbott (74846)
*mabbott@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
Los Angeles, California 90014
Telephone: (213) 239-9009
Facsimile: (213) 239-9007

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

JAMES C. NIELSEN,

Plaintiff,

v.

UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, *a New York corporation*,

Defendant.

No. CV 12-01547 EMC

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

HON. EDWARD M. CHEN
Courtroom: 5

Action Filed: March 28, 2012

Plaintiff James C. Nielsen and Defendant The United States Life Insurance Company in the City of New York, through their attorneys of record, hereby stipulate that this action be dismissed without prejudice, and request an order from this Court dismissing the action without prejudice for good cause, as follows:

1. Plaintiff filed this declaratory relief action on March 28, 2012. On June 22, 2012, the Court heard Plaintiff's motion for summary judgment. At that time, the Court

and counsel addressed the fact that the defendant insurer had not yet made a decision on Plaintiff's claim for benefits, as the insurer was engaged in an ongoing evaluation. The Court then ordered that the matter be held in abeyance for six months, and set a Case Management Conference for December 21, 2012.

2. Because a decision had not yet been made on Plaintiff's claim for benefits, on December 10, 2012, this Court signed the Order on the parties' Stipulation to Continue Case Management Conference, and the Case Management Conference was continued to February 28, 2013.

3. As of the date of this Stipulation, a decision still has not been made on Plaintiff's claim for benefits. Accordingly, the parties agree that this action should be dismissed without prejudice at this time, and request an Order dismissing the action without prejudice. Each party will bear his or its own costs and expenses.

RESPECTFULLY SUBMITTED:

Dated: February 21, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
DENNIS J. RHODES
Attorneys for Defendant,
UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

Dated: February 21, 2013

NIELSEN, HALEY & ABBOTT LLP

By: /s/ Mary N. Abbott
MARY N. ABBOTT
Attorneys for Plaintiff,
JAMES C. NIELSEN

**ORDER**

UPON REVIEW OF THE STIPULATION BETWEEN THE PARTIES, AND GOOD CAUSE BEING SHOWN, THEREFORE,

IT IS HEREBY ORDERED that this action is dismissed without prejudice. Each party will bear his or its own costs.

Dated: 2/27, 2013 By: ____________________

HON... UNITED STATES DISTRICT JUDGE



**CERTIFICATE OF SERVICE**

*James C. Nielsen v. United States Life Insurance Company in the City of New York*
*U.S.D.C., Northern District of California, Case No.: CV12-01547-EMC*

I declare that:

I am employed in the county of Los Angeles, California, over the age of eighteen years, and not a party to the within cause. My business address is 523 West Sixth Street, Suite 635, Los Angeles, California, 90014.

On February 21, 2013, I served the within:

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

**BY ELECTRONIC SERVICE** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Dennis J. Rhodes, Esq.
Michael K. Brisbin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725

Telephone: 415-433-0990
Facsimile: 415-434-1370
Email: Dennis.Rhodes@wilsonelser.com
Email: Michael.Brisbin@wilsonelser.com

***Attorneys for Defendant United States Life Insurance Company in the City of New York***

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 21, 2013, at Los Angeles, California.

Dylan Balbi
Dylan Balbi